

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00152-CR

**IN RE** Manuel **MONTOUT**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Delivered and Filed: March 11, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

     Relator, Manuel Montout, filed his petition for writ of mandamus on February 26, 2026. Montout asserts jurisdiction under Section 552.321 of the Texas Government Code. That section does not confer jurisdiction to the intermediary courts of appeals. See Tex. Gov't Code § 552.321(b). We do not have jurisdiction to consider this petition for writ of mandamus. The petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Open Records Ruling OR2026-00I395 issued by the Office of the Attorney General for the State of Texas.